BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
MARK J. CONNOT, ESQ.
Nevada Bar No. 10010
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
        mconnot@foxrothschild.com
*Counsel for Paul Lagudi and William Todd Ponder*

Electronically Filed May 1, 2020

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>FRESH MIX LLC,<br><br>                       Alleged Debtor. | Case No. BK-S- 20-12051-btb<br><br>Involuntary Chapter 7<br><br>**MOTION TO DISMISS INVOLUNTARY PETITION UNDER 11 U.S.C. §§ 303 & 305 AND FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362**<br><br>Hearing Date:    June 3, 2020<br>Hearing Time:   1:30 p.m. |

1

Active\109961685

# FILED UNDER SEAL