NVB IA-11-2BK (Rev. 2/17)

Steven Keith Eisenberg, Esq. PA Bar No. 75736
1581 Main Street, Suite 200
Warrington, PA 18976
Telephone: 215-572-8111
Email: seisenberg@stemeisenberg.com

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

* * * * * *

| | |
|---|---|
| In re: FRESH MIX, LLC | BK- 20-12051-GS |
| | CHAPTER 7 |
| | VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT |
| Debtor. | **EFFECTIVE JANUARY 1, 2015 FILING FEE IS $250.00** |

Steven Keith Eisenberg, Petitioner, respectfully represents to the Court:

1. That Petitioner resides in Furlong, Pennsylvania.

2. That Petitioner is an attorney at law and a member of the law firm of Stern & Eisenberg, with offices at 1581 Main Street, Suite 200, Warrington, PA 18976

______________________________________________

______________, ______________, ______________

3. That Petitioner has been retained personally or as a member of the law firm by

Lenard E. Schwartzer, Chapter 7 Trustee ______ to provide legal representation in connection with the above-entitled case now pending before this Court.

4. That since 1995, Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of Pennsylvania where Petitioner regularly practices law.

5. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Court of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of said Courts.

| | Date Admitted |
|---|---|
| Pennsylvania | 6/15/1995 |
| New Jersey | 8/5/2021 |
| District of Columbia | 6/1/1995 |
| Maryland | 10/7/2020 |
| New York | 2/26/2021 |

6. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory, or administrative body, or any resignation or termination order to avoid disciplinary or disbarment proceedings, except as described in detail below:

none.

7. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars of any denied admission):

none.

8. That Petitioner is a member of good standing in the following Bar Associations: Pennsylvania, New Jersey, New York, District of Coumbia, Maryland, Virginia & West Virginia
_______________________________________________
_______________________________________________
_______________________________________________
_______________________.

9. Petitioner or any member of Petitioner's firm (or office is firm has offices in more than one city) with which Petitioner is associated has/have filed application(s) to appear as counsel under Local Rule IA 11-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court/Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| | | | |

(If necessary, please attach a statement of additional applications)

10. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

12. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

DATED: 2/28/2022

[signature]
Petitioner's Signature

STATE OF Pennsylvania )

)

COUNTY OF Bucks )

Steven Keith Eisenberg, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

[signature]
Petitioner's Signature

(SEAL)

Subscribed and sworn to me before this

28 day of February, 2022.

Danielle Weiseman Notary public

Commonwealth of Pennsylvania - Notary Seal
DANIELLE WEISEMAN - Notary Public
Bucks County
My Commission Expires February 8, 2026
Commission Number 1326885

EXCELSIOR

*Appellate Division of the Supreme Court*
*of the State of New York*
*Third Judicial Department*

*I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that*

*Steven Keith Eisenberg*

*was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on* ***February 26, 2021****, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.*

SUPREME COURT APPELLATE DIVISION • THIRD DEPARTMENT •

*In Witness Whereof, I have hereunto set my hand in the City of Albany on February 28, 2022.*

Robert D Mayberger

*Clerk of the Court*

*CertID-00055542*

DISTRICT OF COLUMBIA COURT OF APPEALS

DC BAR

On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*Steven Keith Eisenberg*

was duly qualified and admitted on November 3, 2017 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, a(n) ACTIVE member in good standing of this Bar.

**In Testimony Whereof,
I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on February 28, 2022.**

*Julio A. Castillo*

**JULIO A. CASTILLO
Clerk of the Court**

Issued By:
District of Columbia Bar Membership

# VIRGINIA STATE BAR

## *CERTIFICATE OF GOOD STANDING*

*THIS IS TO CERTIFY THAT* ***STEVEN KEITH EISENBERG*** *IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING.* ***MR. EISENBERG*** *WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON* ***JUNE 9, 2021,*** *AFTER ADMISSION ON MOTION THROUGH THE SUPREME COURT OF VIRGINIA.*

*Issued February 11, 2022*

*KAREN A. GOULD*
*EXECUTIVE DIRECTOR AND*
*CHIEF OPERATING OFFICER*

Supreme Court of Pennsylvania

# CERTIFICATE OF GOOD STANDING

***Steven Keith Eisenberg, Esq.***

**DATE OF ADMISSION**

***June 15, 1995***

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

**Witness my hand and official seal**
**Dated: February 10, 2022**

Elizabeth E. Zisk
Chief Clerk

# Court of Appeals of Maryland

Annapolis, MD



## *CERTIFICATE OF GOOD STANDING*

*STATE OF MARYLAND, ss:*

*I, Suzanne Johnson, Clerk of the Court of Appeals of Maryland, do hereby certify that on the seventh day of October, 2020,*

**Steven Keith Eisenberg**

*having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.*

**In Testimony Whereof,** *I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this tenth day of February, 2022.*

*Clerk of the Court of Appeals of Maryland*

# Supreme Court of New Jersey

# Certificate of Good Standing

*This is to certify that* **Steven Keith Eisenberg** *(No.* **009221995** *) was constituted and appointed an Attorney at Law of New Jersey on* **May 31, 1995** *and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.*

*I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.*

*Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.*

*In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this 2nd day of February , 20 22 .*

Heather J Baker

*Clerk of the Supreme Court*

-453a-

# WEST VIRGINIA STATE BAR

## Certificate of Good Standing

**Steven Keith Eisenberg - WVSB ID# 13818**

This is to certify that, according to the records of the West Virginia State Bar, Steven Keith Eisenberg, of WARRINGTON, PA, was admitted to practice law by the Supreme Court of Appeals of WV on September 23, 2020.

According to the records of the West Virginia State Bar, as of March 1, 2022, Steven Keith Eisenberg is currently an Active Member in good standing with the West Virginia State Bar.

Anita R. Casey, Esquire
Executive Director
The West Virginia State Bar

© 2019 Great Papers