NVB 10−2(b) (Rev. 3/15)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:

FRESH MIX LLC

Debtor(s)

BK−20−12051−gs
CHAPTER 7

ORDER GRANTING VERIFIED PETITION

The submitted document "Verified Petition for Permission to Practice in this Case Only by Attorney not Admitted to the Bar of this Court" filed by STEVEN KEITH EISENBERG, ESQ. is **GRANTED**.

Dated: 3/11/22

Mary A. Schott
Clerk of Court