NVB 5075 (Rev. 1/19)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:

FRESH MIX LLC

Debtor(s)

BK−20−12051−gs
CHAPTER 7

NOTICE OF DOCKETING ERROR

**NOTICE IS ORDERED** that the following docket entry requires correction:

| | |
|---|---|
| Docket Number/Entry: | ***513*** − Motion for Turnover of Debtor's Legal Records and Other Relief (as to Bruce A. Leslie, Chtd, and Bruce A. Leslie, Esquire) Filed by STEVEN K EISENBERG on behalf of LENARD E. SCHWARTZER (EISENBERG, STEVEN) |
| Filed On: | 5/3/22 |
| With A Hearing Date Of: | 6/2/22 |
| And A Hearing Time Of: | 1:30 PM |

The reason(s) for the required correction(s) is as follows:

* PDF is an incorrect image per the event selected, which is not contained in the title. Please file an amended pleading or file it in the correct case immediately.

Dated: 5/4/22

Mary A. Schott
Clerk of Court

**For additional information, please visit the court's web site at https://www.nvb.uscourts.gov**