Honorable Gary Spraker
United States Bankruptcy Judge

Entered on Docket
June 06, 2023

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

* * * * * *

| | |
|---|---|
| In re:<br><br>FRESH MIX LLC,<br><br>Debtor. | Case No.: 20-12051-gs<br>Chapter 7<br><br><u>Hearing</u><br>Date: May 19, 2023<br>Time: 1:30 p.m. |

**ORDER STAYING CERTAIN MOTIONS**

On May 19, 2023, the court held a hearing in the above-captioned bankruptcy case to hear argument on the parties' briefing addressing why the discovery disputes in this proceeding and the related adversary proceeding Schwartzer v. Pisanelli Bice, 22-01049-gs, should not be stayed pending final resolution of the appeal(s) of this court's order disallowing EITE Recovery, LLC's proof of claim no. 7. Appearances were as noted on the record. The parties having agreed on the record to pursue mediation of their disputes,

IT IS HEREBY ORDERED that the following motions are STAYED pending further order of the court:

1. Motion to Compel Cohen Dowd Quigley, P.C. to Turn Over Debtor's Legal Records and for Sanctions (ECF No. 473);

2. Motion to Compel Bruce A. Leslie, CHTD. and Bruce A. Leslie, Esquire to Turn Over Debtor's Legal Records, for Sanctions and for Other Relief (ECF No. 524);
3. Motion for Contempt, to Compel and for Sanctions Against Brownstein Hyatt Farber Schreck LLP (ECF No. 897);
4. Motion for Contempt, to Compel and for Sanctions Against Schwartz Law LLP (ECF No. 900); and
5. Amended Motion to Disqualify Samuel A. Schwartz (and Schwartz Law) (ECF No. 883).

IT IS FINALLY ORDERED that the court will enter a separate order continuing the stay of adversary proceeding 22-01049-gs, *Schwartzer v. Pisanelli Bice, PLLC et al.* pending further order of the court.

IT IS SO ORDERED.

* * * * *

Copy sent to all parties and/or their counsel via CM/ECF Electronic Notice.

# # #