Honorable Gary Spraker
United States Bankruptcy Judge

Entered on Docket
October 18, 2023

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

* * * * * *

| | |
|---|---|
| In re:<br><br>FRESH MIX LLC,<br><br>Debtor. | Case No.: 20-12051-gs<br>Chapter 7<br><br>Hearing Date: July 1, 2022<br>Hearing Time: 9:30 a.m. |

**ORDER ON MOTION TO COMPEL BRUCE A. LESLIE, CHTD. AND BRUCE A. LESLIE, ESQUIRE TO TURN OVER DEBTOR'S LEGAL RECORDS, FOR SANCTIONS, AND FOR OTHER RELIEF**

For the reasons stated in the court's memorandum decision entered on October 16, 2023 (ECF No. 1057),

IT IS HEREBY ORDERED that Motion to Compel Bruce A. Leslie, CHTD. and Bruce A. Leslie, Esquire to Turn Over Debtor's Legal Records, for Sanctions and for Other Relief (ECF No. 524) (Leslie Motion) is GRANTED in part and DENIED in part as follows:

1. The court will grant the Leslie Motion for all records relating to the employment and termination of Paul Lagudi and William Todd Ponder, including the State Court Action[1] and arbitration. Based on the record presented, this shall include the period from December 3, 2018, to March 30, 2020.

[1] Capitalized terms used but not defined herein have the meaning assigned to them in the court's corresponding memorandum decision.

2. The court will deny the Leslie Motion as to the Trustee's request for the imposition of sanctions under N.R.S. § 7.055(2) as premature.

**IT IS SO ORDERED.**

* * * * *

Copy sent to all parties and/or their counsel via CM/ECF Electronic Notice.

# # #