_____
Honorable Gary Spraker
United States Bankruptcy Judge



Entered on Docket
January 22, 2024

Jason A. Imes Esq., NV Bar No. 7030
FOX, IMES & CROSBY, LLC
601 S. 10th Street, Suite 202
Las Vegas, Nevada 89101
Telephone:    (702) 382-1007
Facsimile:    (702) 382-1921
E-Mail:        info@FICLegal.com
*General Counsel for Lenard E. Schwartzer, Chapter 7 Trustee*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re | Case No.  BK-S-20-12051-GS |
| FRESH MIX LLC, | Chapter 7 |
| Debtor. | **ORDER DISMISSING BANKRUPTCY CASE AND RETAINING JURISDICTION TO DETERMINE DISTRIBUTION OF ASSETS HELD BY CHAPTER 7 TRUSTEE** |
| | Hearing Date:    January 19, 2024<br>Hearing Time:    11:30 a.m. |

The Court's *Order To Show Cause Re: Dismissal* (the "OSC Re: Dismissal") [ECF No. 1118] and having come before this Court on the 19th day of January, 2024; parties appearing as noted on the record; the Court finding that notice has been given to all creditors and parties in interest as required by law; there being no opposition filed or raised; the Court having considered the pleadings filed herein and the arguments of counsel, and having made its findings of fact and conclusions of law upon the record which are incorporated herein pursuant to Federal Rules of Bankruptcy Procedure 9014(c) and 7052, and for good cause appearing,

FOX, IMES & CROSBY, LLC
601 S. 10th Street, Suite 202
Las Vegas, Nevada 89101
Tel: (702) 382-1007 · Fax: (702) 382-1921

**IT IS HEREBY ORDERED** that the bankruptcy case of FRESH MIX LLC (Case No. 20-12051-GS) is immediately DISMISSED with prejudice for cause for abuse of process as stated in the OSC Re: Dismissal and on the record at the hearings held on November 30, 2023, January 11, 2024, January 12, 2024, and January 19, 2024; and

**IT IS FURTHER ORDERED** that pursuant to 11 U.S.C. § 349(b), for cause, any funds collected by the Trustee for the benefit of this bankruptcy estate shall not revest in any other party, including the Debtor, following this dismissal and shall remain in the control of the Trustee pending further order of this Court; and

**IT IS FURTHER ORDERED** that this Court retains jurisdiction pursuant to 11 U.S.C. §§ 105(a) and 305(a) to evaluate claims against, and to order distribution of, any undistributed funds currently held by the Trustee for the benefit of this bankruptcy estate (the "Estate Funds"). This determination shall include final approval of any administrative claims that have already been allowed and approved in this case on an interim basis pursuant to 11 U.S.C. §§ 330 and 331; and

**IT IS FURTHER ORDERED** that any parties that intend to assert any additional claim against the Estate Funds (the "Additional Claims"), including claims for estate administration, shall file such claim no later than **February 9, 2024**; and

**IT IS FURTHER ORDERED** that the Court shall hold a status hearing regarding the Additional Claims on **February 16, 2024, at 9:30 a.m. Pacific**, to set opposition and reply deadlines and to set a subsequent hearing for approval of Additional Claims and related matters.

Submitted by:                                          APPROVED:


 /s/ Jason A. Imes                                   /s/ Stacy Rubin
Jason A. Imes, Esq.                                Stacy Rubin, Esq.
FOX, IMES & CROSBY, LLC                            F. Tom Edwards, Esq.
601 S. 10th Street, Ste 202                        R. McKay Holley, Esq.
Las Vegas, NV  89101                               HOLLEY DRIGGS
*General Counsel for Lenard E. Schwartzer,*        300 South Fourth Street, Ste 1600
*Chapter 7 Trustee*                                Las Vegas, NV  89101
                                                   *Attorneys for Paul Lagudi and*
                                                   *William Todd Ponder*

[[  SIGNATURES CONTINUED NEXT PAGE  ]]

FOX, IMES & CROSBY, LLC
601 S. 10th Street, Suite 202
Las Vegas, Nevada 89101
Tel: (702) 382-1007 · Fax: (702) 382-1921

APPROVED:

APPROVED:

/s/ Ryan J. Works
Ryan J. Works, Esq.
MCDONALD CARANO LLP
2300 West Sahara Avenue, Ste 1200
Las Vegas, NV  89102
*Counsel for EITE*

/s/ Jason Hicks
Jason Hicks, Esq.
GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Ste 600
Las Vegas, NV  89135
*Counsel for Get Fresh Sales, Inc.*

APPROVED:

APPROVED:

/s/ Zachariah Larson
Zachariah Larson, Esq.
LARSON & ZIRZOW, LLC
850 E Bonneville Ave
Las Vegas, NV  89101
*Counsel for Debtor Fresh Mix LLC*

/s/ James D. Greene
James D. Greene, Esq.
Michael V. Infuso, Esq.
GREENE INFUSO, LLP
3030 South Jones Boulevard, Suite 101
Las Vegas, NV  89146-6793
*Counsel for Pisanelli Bice PLLP*

APPROVED:

APPROVED:

/s/ Ryan A. Andersen
Ryan A. Andersen, Esq.
ANDERSEN & BEEDE, LLC
3199 East Warm Springs Road, Ste 400
Las Vegas, NV  89120-3150
*Counsel for Cohen Dowd Quigley, P.C.*

/s/ Felicia Galati
Felicia Galati, Esq.
OLSON CANNON GORMLEY & STOBERSKI, APC
9950 West Cheyenne Avenue
Las Vegas, NV  89129-7700
*Counsel for Bruce A. Leslie Chtd.*
*and Bruce A. Leslie*

FOX, IMES & CROSBY, LLC
601 S. 10ᵗʰ Street, Suite 202
Las Vegas, Nevada 89101
Tel: (702) 382-1007 · Fax: (702) 382-1921

**FOX, IMES & CROSBY, LLC**
601 S. 10ᵗʰ Street, Suite 202
Las Vegas, Nevada 89101
Tel: (702) 382-1007 · Fax: (702) 382-1921

## <u>LR 9021 CERTIFICATION</u>

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

☐    The court has waived the requirement set forth in LR 9021(b)(1).

☐    No party appeared at the hearing or filed an objection to the motion.

☒    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

| | |
|---|---|
| Stacy Rubin, Esq.: | Approved |
| Ryan J. Works, Esq.: | Approved |
| Jason Hicks, Esq.: | Approved |
| Zachariah Larson, Esq.: | Approved |
| James D. Greene, Esq.: | Approved |
| Felicia Galati, Esq.: | Approved |
| Ryan Andersen, Esq.: | Approved |

☐    I certify that this is a case under chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

*/s/ Jason A. Imes*
Jason A. Imes, Esq.
FOX, IMES & CROSBY, LLC

# # #

Order for Dismissal FINAL              Page 4 of 4