FELICIA GALATI, ESQ.
Nevada Bar No. 007341
OLSON CANNON & GORMLEY
9950 West Cheyenne Avenue
Las Vegas, NV 89129
Phone: 702-384-4012
Fax: 702-383-0701
fgalati@ocgas.com
Attorneys for Bruce A. Leslie Chtd.
and Bruce A. Leslie

*Law Offices of*
**OLSON CANNON & GORMLEY**
*A Professional Corporation*
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012 Fax (702) 383-0701

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Case No. 20-12051-gs |
| FRESH MIX LLC, | Chapter 7 |
| Debtor. | **EX PARTE EMERGENCY MOTION TO WITHDRAW AS COUNSEL AND TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST ON AN ORDER SHORTENING TIME** |

Felicia Galati, Esq. ("Attorney Galati") respectfully requests the entry of an order granting her emergency withdrawal as attorney of record for Bruce A. Leslie Chtd. and Bruce A. Leslie, Chtd. ("Leslie") in the above-captioned matter, removal as counsel from the CM/ECF Service List and an Order shortening time. This Motion is based upon the Declaration of Felicia Galati, Esq., submitted concurrently herewith pursuant to Local Rule of Bankruptcy Practice of the United States District Court for the District of Nevada ("LR") 9014(c) (the "Decl."); the Memorandum of Points and Authorities herein; and the pleadings

and papers of record on file in this Bankruptcy Case, judicial notice of which is respectfully requested pursuant to FED. R. EVID. 201(b) and (c) and 1101(a) and (b).

**MEMORANDUM OF POINTS AND AUTHORITIES**

## I. STATEMENT OF FACTS

Attorney Galati as counsel of record for Leslie, appeared on behalf of Leslie beginning on or about 4/11/2023 through present. *See* Docket; *see also* ECF No. 957[1]; *See* Galati Decl.

During the pendency of this case, at various times, Ogonna M. Brown, Esq. ("Attorney Brown") has provided some advice. *See* Galati Decl.

On 2/28/2024, Fresh Mix, LLC filed a Motion Authorizing the Chapter 7 Trustee to Turnover Fresh Mix Legal Records Surrendered by Pisanelli Bice, PLLC, Cohen Dowd Quigley, PC and Bruce A. Leslie, Chtd. To Fresh Mix LLC pursuant to Dismissal of Chapter 7 Proceeding for Abuse of Process ("Fresh Mix Turnover Motion") (ECF No. 1203) seeking an Order authorizing the Chapter 7 Trustee to turnover Fresh Mix Legal Records Surrendered by Bruce A. Leslie, Chtd. to Fresh Mix LLC. The deadline for response is 3/21/2024 and the related hearing is set for 4/4/2024. *See* Galati Decl.

Attorney Galati prepared the initial draft response to the Fresh Mix Turnover Motion and Attorney Brown revised the same, both of which were provided to Leslie. Various communications occurred before and thereafter, and other drafts and edits of the response were

---

[1] All references to "ECF No." are to the numbers assigned to the documents filed in the bankruptcy case identified in the caption above ("Case") as they appear on the docket ("Docket") maintained by the Clerk of the Court of the United States Bankruptcy Court for the District of Nevada.

*Law Offices of*
**OLSON CANNON & GORMLEY**
*A Professional Corporation*
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012 Fax (702) 383-0701

Law Offices of
OLSON CANNON & GORMLEY
A Professional Corporation
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012 Fax (702) 383-0701

prepared thereafter. However, there has been a complete breakdown in the attorney-client communications and the attorney-client relationship between Attorney Galati and Leslie necessitating counsel's withdrawal from representation. Therefore, a withdrawal is required. While there is a pending deadline and hearing, there now exists a conflict of interest requiring Attorney Galati's emergency withdrawal. *See* Galati Decl.

On or about 2/29/2024, Attorney Galati advised she would be retiring from the practice of law – after over 31 years of practice as an attorney in this Country and her homeland – within about one year and/or when she completed another case that was set to go to trial in January 2024, but is now the subject of a Writ before the Nevada Supreme Court. After that, the attorney-client communications and the attorney-client relationship between Attorney Galati and Leslie broke down. As such and given the looming deadline, Attorney Galati cannot continue to represent Leslie under these circumstances. *See* Galati Decl.

On 2/27/2024, Fresh Mix filed a Complaint against Leslie and multiple other law firms and individual attorneys in the United States District Court for the District of Nevada ("Fresh Mix Lawsuit"), entitled. *Fresh Mix, LLC v. Pisanelli Bice, PLLC, et al*., pending as Case No. 2:24-cv-00397, of which Leslie request that this Court take judicial notice pursuant to Rule 201(b).[2] Attorney Galati first became aware of the Complaint on 2/28/2024 and provided a copy of the same to Leslie on that same date. *See* Galati Decl.

---

[2] Pursuant to FRE 201(b), Leslie requests that this Court takes judicial notice of all materials appearing on the docket in the Fresh Mix Lawsuit as it appears on the Federal Docket. *See United States v. Wilson*, 631 F.2d 118, 119 (9th Cir. 1980); *see also Bank of America, N.A. v. CD-04, Inc. (In re Owner Management Service, LLC Trustee Corps.)*, 530 B.R. 711, 717 (Bankr. C.D. Cal. 2015) ("The Court may consider the records in this case, the underlying bankruptcy case and public records.").

On 3/1/2024, Attorney Galati, Leslie and his carrier had a telephone conference regarding the Fresh Mix Lawsuit, Attorney Galati's retirement and the need for new counsel for Leslie in Fresh Mix Lawsuit. Leslie is awaiting his carrier's retention of counsel relating to the Fresh Mix Lawsuit.

On 3/12/2024, Fresh Mix filed an Amended Complaint against Leslie and multiple other law firms and individual attorneys in the United States District Court for the District of Nevada ("Fresh Mix Lawsuit"), entitled. *Fresh Mix, LLC v. Pisanelli Bice, PLLC, et al*., pending as Case No. 2:24-cv-00397, of which Leslie request that this Court take judicial notice pursuant to Rule 201(b). *See* ***Exhibit A***.[3] Attorney Galati first became aware of the Amended Complaint on 3/14/2024 and provided a copy of the same to Leslie on that same date. *See* Galati Decl.

Leslie, through his carrier, is in the process of obtaining other Counsel to represent him in the Fresh Mix Litigation. *See* Galati Decl.

Attorney Galati has continued to work with Leslie to the best of her abilities and waited until this date to file the Motion as it appeared that this task could be completed and Leslie could proceed with his new counsel upon retention, but based on the complete breakdown of the attorney-client communications and the attorney-client relationship, and conflict of interest, Attorney Galati has no choice but to withdraw on an emergency basis and an order shortening time.

Law Offices of
OLSON CANNON & GORMLEY
A Professional Corporation
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012 Fax (702) 383-0701

---

[3] Id.

Attorney Galati respectfully requests that Leslie be granted 30 days or whatever time period this Court determines is appropriate to obtain other counsel to respond to the pending Motion.

## II. ANALYSIS

### A. Withdrawal of Counsel is Appropriate

LR 2014(c) incorporates by reference Local Rule of Practice for the United States District Court for the District of Nevada ("District LR") IA 11-6. District LR IA 11-6(b) provides that an attorney seeking to withdraw after appearing in a case must file a motion and serve it on the affected client and opposing counsel. Further, District LR IA 11-6(e) provides in pertinent part:

> Except for good cause shown, no withdrawal or substitution will be approved if it will result in delay of discovery, the trial, or any hearing in the case.

Here, a continuation of services with Attorney Galati is impossible because there has been a complete breakdown in the attorney-client communications and attorney-client representation such that Attorney Galati cannot act any further, including to complete the response due herein. Attorney Galati's withdrawal is necessary and Leslie can proceed with another attorney of his choosing and/or an attorney retained by his carrier. Leslie has the draft response and can proceed as he and his new counsel determine is best. Lastly, any counsel will receive notice of Attorney Galati's withdrawal upon service of this Motion. Therefore, withdrawal is justified.

### B. Removal of Counsel from the CM/ECF Service List Is Also Appropriate.

Pursuant to LR 5075(a)(2)(P), the ministerial act of removing a name from the email service list is appropriate because Attorney Galati will no longer represent any party in this Case. Therefore, Attorney Galati respectfully requests: Discontinuation of notice in these proceedings, and Removal of fgalati@ocgas.com from the CM/ECF service list.

Law Offices of
OLSON CANNON & GORMLEY
A Professional Corporation
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012 Fax (702) 383-0701

**C. Conclusion**

Based on all of the foregoing, Attorney Galati Respectfully requests this Court grant the Motion To Withdraw As Counsel And To Remove Counsel From CM/ECF Service List On An Order Shortening Time.

DATED this 20th day of March, 2024

OLSON CANNON & GORMLEY

F Galati

FELICIA GALATI, ESQ.
Nevada Bar No.: 007341
9950 West Cheyenne Avenue
Las Vegas, NV 89129
*Attorneys for Third-Party Defendants*
*Bruce A. Leslie Chtd. and Bruce A. Leslie*

*Law Offices of*
**OLSON CANNON & GORMLEY**
*A Professional Corporation*
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012 Fax (702) 383-0701

Law Offices of
OLSON CANNON & GORMLEY
A Professional Corporation
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012 Fax (702) 383-0701

**CERTIFICATE OF SERVICE**

I hereby certify, on the 21st day of March, 2024, I caused to be served a true and correct copy of the foregoing **EX PARTE EMERGENCY MOTION TO WITHDRAW AS COUNSEL AND TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST ON AN ORDER SHORTENING TIME** in the following manner:

☒ (ELECTRONIC SERVICE) Under Administrative Order 02-1 (Rev. 8-31-04) of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities to the following persons below:

SAMUEL A. SCHWARTZ on behalf of Petitioning Creditor/Intervenor GET FRESH SALES, INC. saschwartz@nvfirm.com, ecf@nvfirm.com; schwartzsr45599@notify.bestcase.com; eanderson@nvfirm.com;samid@nvfirm.com

BRYAN A. LINDSEY for Interested Parties GET FRESH SALES, INC., blindsey@nvfirm.com

BRETT A. AXELROD for Interested Parties PAUL LAGUDI & WILLIAM T. PONDER baxelrod@foxrothschild.com, pchlum@foxrothschild.com;mwilson@foxrothschild.com;arcdocketing@foxrothschild.com

MARK J. CONNOT for Interested Parties PAUL LAGUDI & WILLIAM T. PONDER mconnot@foxrothschild.com, dloffredo@foxrothschild.com

F. THOMAS EDWARDS for Interested Parties PAUL LAGUDI & WILLIAM T. PONDER tedwards@nevadafirm.com, ssell@nevadafirm.com;oswibies@nevadafirm.com;dhigh@nevadafirm.com;nmoseley@nevadafirm.com;BKECF@nevadafirm.com

JAMES D. GREENE on behalf of Defendant PISANELLI BICE, PLLC
jgreene@greeneinfusolaw.com,
fritchie@greeneinfusolaw.com;kfarney@greeneinfusolaw.com;cwalton@greeneinfusolaw.com

MICHAEL V. INFUSO on behalf of Defendant PISANELLI BICE, PLLC
minfuso@greeneinfusolaw.com

RYAN A. ANDERSEN on behalf of Interested Party COHEN DOWD QUIGLEY, P.C.
ryan@aandblaw.com, tatiana@aandblaw.com;melissa@aandblaw.com;ecf-df8b00a4597e@ecf.pacerpro.com;valerie@aandblaw.com;andersen.ryana.b117998@notify.bestcase.com

LENARD E. SCHWARTZER trustee@schwartzerlaw.com,
lbenson@schwartzerlaw.com;jelliott@schwartzerlaw.com;nv17@ecfcbis.com;clea11@trustesolutions.net;les@trustesolutions.net; lschwartzer@schwartzerlaw.com

MATTHEW L SHARP on behalf of Debtor FRESH MIX LLC
matt@mattsharplaw.com, cristin@mattsharplaw.com;suzy@mattsharplaw.com

DEBRA L. SPINELLI on behalf of Interested Party PISANELLI BICE PLLC
lit@pisanellibice.com, DLS@pisanellibice.com

JASON A. IMES on behalf of Plaintiff LENARD E. SCHWARTZER
info@FICLegal.com, jimes@ficlegal.com

STEVEN K EISENBERG on behalf of Trustee LENARD E. SCHWARTZER
seisenberg@sterneisenberg.com

U.S. Trustee- LV - 7
USTPRegion17.LV.ECF@usdoj.gov

JUSTIN CHARLES VALENCIA on behalf of U.S. Trustee U.S. TRUSTEE - LV - 7
justin.c.valencia@usdoj.gov

Law Offices of
OLSON CANNON & GORMLEY
A Professional Corporation
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012 Fax (702) 383-0701

RYAN J. WORKS on behalf of Creditor EITE Recovery, LLC rworks@mcdonaldcarano.com; rworks@mcdonaldcarano.com, kkirn@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com

JASON HICKS on behalf of Petitioning Creditor GET FRESH SALES, INC. jason.hicks@gtlaw.com, rosehilla@gtlaw.com;jason-hicks-7754@ecf.pacerpro.com;escobargaddie@gtlaw.com

ROBERT MCKAY HOLLEY on behalf of Defendant/Interested Party PAUL LAGUDI and Defendant/Interested party WILLIAM TODD PONDER mholley@nevadafirm.com, oswibies@nevadafirm.com;BKECF@nevadafirm.com

ZACHARIAH LARSON on behalf of Debtor FRESH MIX LLC zlarson@lzlawnv.com,Jennifer@lzlawnv.com;valentina@lzlawnv.com;bchambliss@lzlawnv.com;trish@lzlawnv.com;carey@lzlawnv.com;mzirzow@lzlawnv.com

STACY H RUBIN for Interested Parties PAUL LAGUDI & WILLIAM TODD PONDER srubin@nevadafirm.com,oswibies@nevadafirm.com;mholley@nevadafirm.com;BKECF@nevadafirm.com

☐ (UNITED STATES MAIL) By depositing a copy of the above-referenced document for mailing in the United States Mail, first class postage prepaid, at Las Vegas, Nevada, to the parties listed on the attached service list, at their last known mailing addresses, on the date above written.

☐ (OVERNIGHT COURIER) By depositing a true and correct copy of the above-referenced document for overnight delivery via Federal Express, at a collection facility maintained for such purpose, addressed to the parties on the attached service list, at their last known delivery address, on the date above written.

☐ (FACSIMILE) That I served a true and correct copy of the above-referenced document via facsimile, to the facsimile numbers indicated, to those persons listed on the

Law Offices of
OLSON CANNON & GORMLEY
A Professional Corporation
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012 Fax (702) 383-0701

attached service list, on the date above written.

☒ (ELECTRONIC MAIL) That I served a true and correct copy of the above-referenced document, to the email addresses below, to those persons listed on the attached service list, on the date above written.

BRUCE A. LESLIE and BRUCE A. LESLIE, CHTD.

blesliechtd@gmail.com ; bleslie@bleslielaw.com

*/s/ Lisa Rico*
An employee of Olson Cannon & Gormley

*Law Offices of*
**OLSON CANNON & GORMLEY**
*A Professional Corporation*
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012 Fax (702) 383-0701