Honorable Gary Spraker
United States Bankruptcy Judge

Entered on Docket
April 05, 2024

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>FRESH MIX LLC,<br><br>Debtor. | Case No.: 20-12051-gs<br>Chapter 7<br><br>Hearing Date<br>DATE: April 4, 2024<br>TIME: 1:30 p.m. |

**ORDER ON MOTION FOR TURNOVER OF LEGAL RECORDS TO DISMISSED DEBTOR**

On April 4, 2024, the court held a hearing on the dismissed debtor's Motion Authorizing the Chapter 7 Trustee to Turnover [sic] Fresh Mix Legal Records Surrendered by Pisanelli Bic, PLLC, Cohen Dowd Quigley, PC and Bruce A. Leslie, CHTD. to Fresh Mix LLC Pursuant to Dismissal of Chapter 7 Proceeding for Abuse of Process (ECF No. 1203) (Motion). Appearances were as noted on the record. The court having considered the Motion and all pleadings filed in support thereof and in opposition thereto, for the reasons stated on the record at the hearing,

IT IS HEREBY ORDERED that the Motion Authorizing the Chapter 7 Trustee to Turnover [sic] Fresh Mix Legal Records Surrendered by Pisanelli Bic, PLLC, Cohen Dowd Quigley, PC and Bruce A. Leslie, CHTD. to Fresh Mix LLC Pursuant to Dismissal of Chapter 7 Proceeding for Abuse of Process (ECF No. 1203) is DENIED. The chapter 7 trustee shall retain and preserve the records addressed in the Motion and shall not distribute or provide access to such records subject to further order of any court with competent jurisdiction over them.

IT IS SO ORDERED.

* * * * *

Copy sent to all parties and/or their counsel via CM/ECF Electronic Notice.

# # #