Honorable Gary Spraker
United States Bankruptcy Judge

Entered on Docket
April 08, 2024

FELICIA GALATI, ESQ.
Nevada Bar No. 007341
OLSON CANNON & GORMLEY
9950 West Cheyenne Avenue
Las Vegas, NV 89129
Phone: 702-384-4012
Fax: 702-383-0701
fgalati@ocgas.com
Attorneys for Bruce A. Leslie Chtd.
and Bruce A. Leslie

*Law Offices of*
**OLSON CANNON & GORMLEY**
*A Professional Corporation*
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012 Fax (702) 383-0701

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>FRESH MIX LLC,<br><br>Debtor. | Case No. 20-12051-gs<br><br>Chapter 7 |

**ORDER GRANTING ATTORNEY FELICIA GALATI, ESQ.'S EX PARTE EMERGENCY MOTION TO WITHDRAW AS COUNSEL AND TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST**

On April 4, 2024, the Court held a hearing on Attorney Felicia Galati, Esq.'s

(“Attorney Galati”) *Ex Parte* Emergency Motion To Withdraw As Counsel And To Remove Counsel From CM/ECF Service List (ECF No. 1229) (Motion). Appearances were as noted on the record.

At the hearing, Fresh Mix, LLC, through its Counsel, Steven K. Eisenberg, Esq., withdrew its Limited Opposition To *Ex Parte* Emergency Motion To Withdraw As Counsel And To Remove Counsel From CM/ECF Service List On An Order Shortening Time (ECF No. 1248). As such, the Motion was unopposed.

The Court having reviewed and considered the Motion and the accompanying Declaration; the Court having held a hearing on the Motion and no opposition to the Motion existing at the time of the hearing and having placed its findings of fact and conclusions of law on the record at the hearing, which are incorporated herein pursuant to Fed. R. Civ. P. 54, made applicable pursuant to Fed. R. Bankr. P. 7054 and 9014; and good cause appearing;

**IT IS HEREBY ORDERED** that the Motion of Attorney Galati to withdraw as counsel of record for Bruce A. Leslie and Bruce A. Leslie, Chtd., in this Case is GRANTED.

**IT IS HEREBY FURTHER ORDERED THAT** the Clerk of the Court is authorized and directed to remove Attorney Galati from the CM/ECF Service List after entry of this Order.

**IT IS SO ORDERED.**

PREPARED AND SUBMITTED:

OLSON CANNON & GORMLEY

By: */s/ Felicia Galati, Esq.* ________________
FELICIA GALATI, ESQ.
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012

*Law Offices of*
**OLSON CANNON & GORMLEY**
*A Professional Corporation*
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012 Fax (702) 383-0701

*Law Offices of*
**OLSON CANNON & GORMLEY**
*A Professional Corporation*
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012 Fax (702) 383-0701

**LR 9021 CERTIFICATION**

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling; and

The court has waived the requirement of approval under LR 9021(b)(1). No party objected to the Motion at the time of the Hearing.