Steven K. Eisenberg, Esquire (Pro Hac Vice)
Stern & Eisenberg, PC
1581 Main Street, Suite 200
Warrington, Pennsylvania 18976
Telephone: (215) 572-8111
Facsimile: (215) 572-5539
E-Mail: seisenberg@sterneisenberg.com
*Counsel for Fresh Mix LLC*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>FRESH MIX LLC,<br><br>Debtor(s). | Case No. BK-S-20-12051-GS<br><br>Chapter 7<br><br>**NOTICE OF HEARING ON FRESH MIX LLC's MOTION TO REOPEN**<br><br>Hearing Date: 9/18/2026<br>Hearing Time: 9:30 am (ZOOM Hearing) |

**NOTICE OF HEARING ON FRESH MIX LLC's MOTION TO REOPEN**

TO: THE COURT AND ALL PARTIES-IN-INTEREST

**NOTICE IS HEREBY GIVEN** that Fresh Mix LLC's ***Motion to Reopen*** ("**Motion**") was filed on July 28, 2026 by Steven K. Eisenberg, Esquire, Counsel to Fresh Mix LLC. Any opposition must be filed pursuant to Local Rules 7056 and 9014.

**NOTICE IS FURTHER GIVEN** that if you do not want the court to grant the relief sought in the **Motion**, or if you want the court to consider your views on the **Motion**, then unless the Court orders otherwise, you must file an opposition with the court, and serve a copy on the person making the Motion ***no later than 21 days*** after service of the Motion (pursuant to Local Rule 7056(c) and 9014). The opposition must state your position, set forth all relevant facts and legal authority, and be supported in accordance with Local Rule 7056 (and 9014).

If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You must also serve your written response on the person who sent you this notice.

If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:

- The court may refuse to allow you to speak at the scheduled hearing; and
- The court may rule against you without formally calling the matter at the hearing.

**NOTICE IS FURTHER GIVEN** that the hearing on the **Motion** will be held before the Honorable United States Bankruptcy Judge Gary Spraker, **by ZOOM Hearing** (Bankruptcy Court is located at the Foley Federal Building, 300 Las Vegas Blvd. South, Las Vegas, Nevada) on ***September 18, 2026 at 9:30 am (Pacific Time).*** The ZOOM link will be provided by the Court approximately one week before the scheduled hearing date.

Dated: 7/28/2026

/s/Steven K. Eisenberg, Esq
Steven K. Eisenberg, Esq.
Stern & Eisenberg PC
1581 Main Street, Suite 200
Warrington, PA 18976
*Counsel for Fresh Mix LLC*

Stern & Eisenberg ATTORNEYS AT LAW

CERTIFICATE OF SERVICE

I certify that on the 28th day of July, 2026, I caused to be served a true and correct copy of the foregoing Motion to Reopen and Notice of Motion to Reopen through electronic service under Administrative Order 02-1 (Rev. 8-31-04) of the United States Bankruptcy Court for the District of Nevada, through Notice of Electronic Filing automatically generated by the Court's facilities upon all of those parties who have entered their appearance or otherwise requested notice of filings made in the above captioned bankruptcy proceeding to receive service through electronic means.

/s/ Steven K. Eisenberg, Esquire
Steven K. Eisenberg

Counsel for Fresh Mix, LLC